UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2003 OCT 14  A 11: 14
DISTRICT COURT
HARTFORD CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | * |
| Plaintiff | * CIVIL ACTION |
| | * NO. 3:00CV871 (CFD) |
| VS. | * |
| FIRST UNION NATIONAL BANK | * |
| Defendant | * OCTOBER 13, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR RESCHEDULING OF SETTLEMENT CONFERENCE**

The defendant, First Union National Bank ("First Union"), hereby requests that the settlement conference scheduled in this matter for October 17, 2003, at 10:00 a.m., before the Honorable Thomas P. Smith, be rescheduled for an alternative date. In support of this motion, First Union would show that their client representative, Barbara Wright ("Ms. Wright"), is unavailable to participate in the settlement conference due to other business conflicts.[1] Ms. Wright has substantial familiarity with the factual and legal issues related to this action and has been present at and participated in prior settlement conferences in this action before the Honorable William I. Garfinkel. Given Ms. Wright's unique appreciation for the background of

---

[1] Ms. Wright is located in Charlotte, North Carolina, at the offices of the Defendant.

ORAL ARGUMENT NOT REQUESTED

---

*Handwritten annotations in margin:*

*10/14/03. Granted. The 10/17 conference will not go forward. Counsel will provide the court with 4 mutually acceptable dates in January, 2004.*

*[signed] WMS*

this dispute, First Union believes that her presence is necessary to allow the parties and the Court to participate in an effective settlement discussion.

The undersigned has discussed this request with plaintiff's counsel, and they have no objection to the settlement conference being rescheduled. If the Court deems it appropriate, the parties would like to propose up to four (4) dates for the Court's consideration in rescheduling this matter.

**WHEREFORE,** First Union respectfully requests that this motion be granted and that the settlement conference be rescheduled for an alternative date.

THE DEFENDANT
FIRST UNION NATIONAL BANK

By: *Brian C. Roche*
James T. Shearin ct 01326
Brian C. Roche ct17975
Pullman & Comley, LLC
850 Main Street, 8th Floor
Bridgeport, CT 06604
Tel. (203) 330-2000
Facsimile (203) 576-8888
E-Mail:    jts@pullcom.com
           bcr@pullcom.com

## CERTIFICATION

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to each attorney of record and to all pro se parties of record as follows:

Eliot B. Gersten, Esq.
John J. Robacynski
Gersten & Clifford
214 Main Street
Hartford, CT 06106

_____
James T. Shearin (ct01326)
Brian C. Roche    (ct17975)

BPRT/59100.1/BCR/494343v1