FILED

2003 OCT 14 A 11: 14

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | \* |
| Plaintiff | \* CIVIL ACTION |
| | \* NO. 3:00CV871 (CFD) |
| VS. | \* |
| FIRST UNION NATIONAL BANK | \* |
| Defendant | \* OCTOBER 13, 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*[Handwritten margin note:]* 10/14/05. Granted. The 10/17 conference will not go forward. Counsel will provide the Court with mutually acceptable dates in January, 2004. /s/ CFD

## MOTION FOR RESCHEDULING OF SETTLEMENT CONFERENCE

The defendant, First Union National Bank ("First Union"), hereby requests that the settlement conference scheduled in this matter for October 17, 2003, at 10:00 a.m., before the Honorable Thomas P. Smith, be rescheduled for an alternative date. In support of this motion, First Union would show that their client representative, Barbara Wright ("Ms. Wright"), is unavailable to participate in the settlement conference due to other business conflicts.[1] Ms. Wright has substantial familiarity with the factual and legal issues related to this action and has been present at and participated in prior settlement conferences in this action before the Honorable William I. Garfinkel. Given Ms. Wright's unique appreciation for the background of

---

[1] Ms. Wright is located in Charlotte, North Carolina, at the offices of the Defendant.

ORAL ARGUMENT NOT REQUESTED