*00CV871 Mexttime*

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | * | |
| Plaintiff | * | CIVIL ACTION |
| | * | NO. 3:00CV871 (CFD) |
| VS. | * | |
| FIRST UNION NATIONAL BANK | * | |
| Defendant | * | OCTOBER 15, 2003 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the parties, Greystone Community Reinvestment Associates, Inc. ("Greystone") and First Union National Bank ("First Union") (jointly, the "Parties"), hereby request an extension of time to comply with the Court's Trial Memorandum Order (the "Order"). Under the Order, compliance is required on or before November 15, 2003. By this Motion, the Parties seek an extension of time of thirty (30) days from the completion of a settlement conference to be conducted by the Honorable Thomas P. Smith. In support of this request, the parties would further note the following:

1. Greystone brings this action against First Union asserting claims of breach of contract, breach of fiduciary duty, unjust enrichment, breach of confidentiality agreement, innocent misrepresentation, negligent misrepresentation, fraudulent misrepresentation, and

**NO ORAL ARGUMENT REQUESTED**

violations of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a, et seq.

2. The Parties previously submitted Cross-Motions for Summary Judgment on or about November 5, 2002, in this matter.

3. The Parties have only recently received a ruling denying those Cross-Motions for Summary Judgment dated September 30, 2003.

4. Along with said ruling, the Parties received this Court's Order and a referral to the Honorable Thomas P. Smith for a settlement conference.

5. The instant litigation is complex and the Parties have previously participated in at least three settlement conferences concerning this litigation with the Honorable William I. Garfinkel.

6. Given the current procedural posture of this action, as well as the time and expense necessary to properly comply with the Court's Order, the Parties respectfully believe that it will be in everyone's best interest to postpone compliance with said Order until settlement has been fully explored with Judge Smith.

7. The Parties respectfully believe that the likelihood for settlement will improve if the Parties are not forced to incur any additional litigation expenses at this point in time.

8. The Parties respectfully submit that an extension of time of thirty (30) days from the settlement conference with Judge Smith should allow the Parties time to comply with the Court's Order, if necessary, and is not unreasonable under the circumstances of this case.

9. The Parties represent that this is a first request for an extension of time directed towards the Court's Trial Memorandum Order.

10. The Parties expect that a settlement conference will be conducted in January 2004, in this matter and are in the process of forwarding available dates to Judge Smith for his consideration.

**WHEREFORE**, the Parties respectfully request that they be allotted an additional thirty days from the holding of a settlement conference in this matter in order to comply with the Court's Trial Memorandum Order.

| | |
|---|---|
| THE PLAINTIFF<br>GREYSTONE COMMUNITY<br>REINVESTMENT ASSOCIATES, INC.<br><br>By: _____<br>Eliot B. Gersten, Esq.<br>John J. Robacynski<br>Gersten & Clifford<br>214 Main Street<br>Hartford, CT 06106<br>Telephone: (860) 527-7044<br>Facsimile: (860) 527-4968<br>E-Mail: eliotg@gersten-clifford.com | THE DEFENDANT<br>FIRST UNION NATIONAL BANK<br><br><br>By: _____<br>James T. Shearin ct 01326<br>Brian C. Roche ct17975<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>Bridgeport, CT 06604<br>Tel. (203) 330-2000<br>Facsimile (203) 576-8888<br>E-Mail: jts@pullcom.com<br>bcr@pullcom.com |

## CERTIFICATION

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to each attorney of record and to all pro se parties of record as follows:

Eliot B. Gersten, Esq.
John J. Robacynski
Gersten & Clifford
214 Main Street
Hartford, CT 06106

*Brian C. Roche*
James T. Shearin (ct01326)
Brian C. Roche    (ct17975)

BPRT/59100.1/BCR/493843v1