00CV871 ExtTime

109

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

GREYSTONE COMMUNITY                          \*
REINVESTMENT ASSOCIATES, INC.                \*
                                             \*
                    Plaintiff                 \*    CIVIL ACTION
                                             \*    NO. 3:00CV871 (CFD)
      VS.                                    \*
                                             \*
FIRST UNION NATIONAL BANK                    \*
                                             \*
                    Defendant                 \*    OCTOBER 15, 2003
                                             \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the parties, Greystone Community Reinvestment Associates, Inc. ("Greystone") and First Union National Bank ("First Union") (jointly, the "Parties"), hereby request an extension of time to comply with the Court's Trial Memorandum Order (the "Order"). Under the Order, compliance is required on or before November 15, 2003. By this Motion, the Parties seek an extension of time of thirty (30) days from the completion of a settlement conference to be conducted by the Honorable Thomas P. Smith. In support of this request, the parties would further note the following:

1. Greystone brings this action against First Union asserting claims of breach of contract, breach of fiduciary duty, unjust enrichment, breach of confidentiality agreement, innocent misrepresentation, negligent misrepresentation, fraudulent misrepresentation, and

NO ORAL ARGUMENT REQUESTED

[Handwritten margin notes: "CFDJ 10/28/03"; "The parties shall have until (Granted, as modified,) January 30, 2004 to submit."; signature]