UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 P 5:17

GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.
    Plaintiff,

v.

FIRST UNION NATIONAL BANK,
    Defendant.

Civil Action No. 3:00CV871(CFD)

## ORDER

The Order of Referral to Magistrate Judge Thomas P. Smith to conduct a settlement conference, entered on October 1, 2003, is hereby VACATED. So ordered.

SO ORDERED this 17th day of November 2003, at Hartford, Connecticut.

_____
Christopher F. Droney
United States District Judge