UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.
    Plaintiff,

v.

FIRST UNION NATIONAL BANK,
    Defendant.

2003 OCT 31  P 5: 57

DISTRICT COURT
HARTFORD CT

Civil Action No. 3:00CV871(CFD)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A recommended ruling on the following motions which are currently pending: (orefm.)

___ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss and approve the following: (orefmisc./cnf)

___ Other: (orefmisc./misc) _____

SO ORDERED this 31st day of October 2003, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge