## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., Plaintiff, | : : : : | CIVIL ACTION NO.: 3:00CV871(CFD) |
| vs. | : : | |
| FIRST UNION NATIONAL BANK, Defendant. | : : : | JANUARY 13, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 9(b) the Plaintiff, Greystone Community Reinvestment Associates, Inc. ("Greystone"), and Defendant, First Union National Bank ("First Union") respectfully request that the Trial Memorandum Order dated October 1, 2003 as amended by the Order dated October 31, 2003 currently governing preparation of Trial Memoranda be extended as a result of the following:

1. By Order dated November 10, 2003, the present action was referred to Magistrate Judge William I. Garfinkel for a settlement conference;

2. In furtherance of said Order, the parties have exchanged several dates for the settlement conference and are presently waiting for Magistrate Judge Garfinkel to schedule the conference;

3. There is presently pending a motion by Greystone to consolidate the present action with a companion suit captioned **Greystone Community Reinvestment Associates, Inc., v. Berean Capital Inc.**, Docket No. 3:02-CV-01703(CFD) (hereinafter "Companion Suit");

4. By Order dated November 3, 2003, the Companion Suit was referred to Magistrate Judge William I. Garfinkel for a settlement conference.

5. In furtherance of said Order, the parties to the Companion Suit have participated in the exchange of dates for a joint settlement and are presently waiting for Magistrate Judge Garfinkel to schedule the conference;

6.    There is presently pending a motion seeking dismissal of the Companion Suit by Berean Capital Inc. as well as a pending objection to dismissal and a motion for summary judgment by Greystone. Oral argument on these motions is scheduled for February 6, 2004; and

7.    The scheduling of the settlement conference before Judge Garfinkel will take place after a decision on these pending motions.

This Trial Memorandum Order dated October 1, 2003, as amended, requiring a Trial Memoranda be filed by January 30, 2004 defeats the purpose of the joint settlement conference presently being scheduled for both suits and may be rendered obsolete following a decision on dismissal and summary judgment in the Companion Suit, especially if both actions are eventually consolidated for trial.

In the interests of justice and in order to avoid the waste of precious judicial resources, it is respectfully requested that the Trial Memorandum Order be revised to order a filing date of thirty (30) days following the conclusion of the date of the joint settlement conference. Additionally, the ability to globally resolve both suits will likely be enhanced if a joint settlement conference were to occur prior to compliance with the Trial Memorandum Order because the parties' resources will be focused on settlement rather than trial.

DEFENDANT,
FIRST UNION NATIONAL BANK

By: _____
James T. Shearin (ct 01326) **(?)**
Brian C. Roche (ct 17975)
PULLMAN & COMLEY, LLC
850 Main Street, 8th Floor
Bridgeport, CT 06604
(203) 330-2000
Its Attorneys

PLAINTIFF,
GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.

By: _____
Eliot B. Gersten (ct05321)
John J. Robacynski (ct15636
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
Its Attorneys

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2004, a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record:

James T. Shearin, Esq.
Brian C. Roche, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Magistrate Judge William I. Garfinkel
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Eliot B. Gersten