114

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 JAN 13  P 2: 15

U.S. DISTRICT COURT

|  |  |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., Plaintiff, | : : : CIVIL ACTION NO.: 3:00CV871(CFD) : |
| vs. | : : |
| FIRST UNION NATIONAL BANK, Defendant. | : : JANUARY 13, 2004 : |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 9(b) the Plaintiff, Greystone Community Reinvestment Associates, Inc. ("Greystone"), and Defendant, First Union National Bank ("First Union") respectfully request that the Trial Memorandum Order dated October 1, 2003 as amended by the Order dated October 31, 2003 currently governing preparation of Trial Memoranda be extended as a result of the following:

1. By Order dated November 10, 2003, the present action was referred to Magistrate Judge William I. Garfinkel for a settlement conference;

2. In furtherance of said Order, the parties have exchanged several dates for the settlement conference and are presently waiting for Magistrate Judge Garfinkel to schedule the conference;

3. There is presently pending a motion by Greystone to consolidate the present action with a companion suit captioned **Greystone Community Reinvestment Associates, Inc., v. Berean Capital Inc.**, Docket No. 3:02-CV-01703(CFD) (hereinafter "Companion Suit");

4. By Order dated November 3, 2003, the Companion Suit was referred to Magistrate Judge William I. Garfinkel for a settlement conference.

5. In furtherance of said Order, the parties to the Companion Suit have participated in the exchange of dates for a joint settlement and are presently waiting for Magistrate Judge Garfinkel to schedule the conference;

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT