UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

3:00 cv 871 (LEAD CASE)

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | CIVIL ACTION NO. 3:02 CV 1703 (CFD) |
| Plaintiff, | |
| v. | |
| BEREAN CAPITAL, INC., | |
| Defendant. | NOVEMBER 24, 2004 |

### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully requests an extension of time of ten (10) days in which to respond to the plaintiff's, Greystone Community Reinvestment Associates, Inc. ("Greystone"), Request for Admissions, dated October 26, 2004, up to and including December 6, 2004. Beran further requests an extension of time of five (5) days in which to respond to Plaintiff's First Request for Interrogatories, dated November 1, 2004, up to and including December 6, 2004.

As good cause for the requested extension of time, Berean submits that, despite its diligence in preparing responses to Greystone's discovery requests, the additional time is necessary to adequately evaluate and analyze the numerous requests. Berean needs the additional time to gather responsive information and to adequately prepare appropriate responses to the interrogatories and ninety-seven (97) requests for admissions.

This is Berean's first request for an extension of time with respect to this matter. Counsel for Greystone has consented to the requested extension.

WHEREFORE, the defendant, Berean Capital, Inc., respectfully requests that the Court grant this Motion for Extension of Time on Consent, dated November 24, 2004, and extend the time in which to respond to Greystone's Request for Admissions and First Request for Interrogatories, up to and including December 6, 2004.

Dated: November 24, 2004
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BEREAN CAPITAL, INC.

By: *Paula Cedillo*
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## CERTIFICATION

This is to certify that on this 24th day of November 2004, a copy of the foregoing was mailed, postage prepaid, to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Allan W. Koerner, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

_____
Paula Cruz Cedillo

HARTFORD: 627778.01