**FILED**
2004 DEC -3 A 9 50
U.S. DISTRICT COURT
HARTFORD, CT.

124

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., Plaintiff, | : | CIVIL ACTION NO.: 3:00-CV-871(CFD) |
| vs. | : | |
| FIRST UNION NATIONAL BANK Defendant. | : | |

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., Plaintiff, | : | CIVIL ACTION NO.: 3:02-CV-1703(CFD) |
| vs. | : | |
| BEREAN CAPITAL, INC. Defendant. | : | NOVEMBER 30, 2004 |

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/11/05

## REPORT OF PARTIES' PLANNING MEETING
(Greystone v. Berean)

**PARTIES:**

Plaintiff:   GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.

Defendant:   BEREAN CAPITAL, INC.

**DATE COMPLAINT FILED:**

This action was removed to Federal Court pursuant to 28 U.S.C. §1441, et seq. on September 23, 2002. The First Amended Complaint was subsequently filed on April 10, 2003.

**DATE COMPLAINT SERVED:**

On August 23, 2002, the Plaintiff, Greystone Community Reinvestment Associates, Inc. (hereinafter "Greystone"), commenced this action by service of a Summons and, Complaint, on

FILED
2005 JAN 12 P 3 35
U.S. DISTRICT COURT
HARTFORD, CT