UNITED STATES DISTRICT COURT
**DISTRICT OF CONNECTICUT**
(HARTFORD)

2005 MAR 15 P 4: 00

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., Plaintiff, | CIVIL ACTION NO. 3:00-CV-871(CFD) |
| vs. | |
| FIRST UNION NATIONAL BANK, Defendant. | MARCH 15, 2005 |

NOTICE OF DISMISSAL

Plaintiff hereby gives notice that this action is dismissed pursuant to Fed.R. Civ. P. 41(a)(1)(ii) as to First Union National Bank, n/k/a Wachovia Bank, with prejudice, with the respective parties to bear their respective fees and expenses.

PLAINTIFF
GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.

By: _____
Eliot B. Gersten ct05213
John J. Robacynski ct15636
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Tel. (860) 527-7044

DEFENDANT
FIRST UNION NATIONAL BANK

By: _____
James T. Shearin ct 01326
Brian C. Roche ct17975
Pullman & Comley, LLC
850 Main Street, 8th Floor
Bridgeport, CT 06604
Tel. (203) 330-2000

## CERTIFICATE OF SERVICE

This is to certify that on March 15, 2005, a copy of the foregoing was mailed, postage prepaid, to the following:

James T. Shearin, Esq.
Brian C. Roche, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006