UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.<br>Plaintiff, | : : : : | |
| v. | : | Civil Action No. 3:00CV871(CFD) |
| FIRST UNION NATIONAL BANK,<br>Defendant. | : : : | |

### ORDER

In light of the settlement between Greystone Community Reinvestment Associates, Inc. and First Union National Bank (Civil Action No. 3:00CV871), the consolidation of that case with Greystone Community Reinvestment Associates, Inc. v. Berean Capital, Inc. (Civil Action No. 3:02CV1703) is hereby revoked, and Greystone Community Reinvestment Associates, Inc. v. Berean Capital, Inc. (Civil Action No. 3:02CV1703) is ordered restored to the docket.

SO ORDERED this 13th day of September, 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE